STATE OF NEW JERSEY v. STEVONNE ALIQUA
ARCHIE–WILSON.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARGARITA NEGRON.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW BLOUNT.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL MORALES.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES NEWBERRY.

March 15, 1983.

Petition for certification denied.